1018

[No. 52387-2-I.   Division One.   April 26, 2004.]

LYNN SHIVELY, ET AL., *Appellants*, v. GREGORY D. ARMS, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-21442-0, Mary Yu, J., entered May 7 and 16, 2003. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.

[No. 52699-5-I.   Division One.   April 26, 2004.]

*In the Matter of the Personal Restraint of* GERALD HANKERSON, *Petitioner*.

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.

[Nos. 26981-3-II; 28853-3-II;   Division Two.   April 27, 2004.]
27406-0-II.

JAMES G. MANZA, ET AL., *Respondents*, v. DAVID J. KOVANEN, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 96-2-06810-7, Terry D. Sebring, J., entered May 30, 2002. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Houghton, J.

[Nos. 28493-6-II; 29360-9-II.   Division Two.   April 27, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CRISTY MARIE WINTERS, *Appellant*.

*In the Matter of the Personal Restraint of* CRISTY MARIE WINTERS.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01584-1, Anna M. Laurie, J., entered March 8, 2002, together with a petition for relief from personal restraint. Judgment *reversed* and petition *dismissed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Armstrong, JJ.